# Third District Court of Appeal
## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1160
Lower Tribunal No. 18-10005
_____

## Citizens Property Insurance Corporation,
Appellant,

vs.

## Carlos Hernandez,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Traub Lieberman Straus & Shrewsberry, LLP, C. Ryan Jones and Scot E. Samis (St. Petersburg), for appellant.

Mintz Truppman, P.A., and Timothy H. Crutchfield, for appellee.

Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.